UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUDLOW,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WARDEN OF FOLSOM STATE PRISON,<br><br>　　　　Respondent.<br>_____/ | 1:05-cv-01286 LJO TAG  (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 10) |

　　　　On March 24, 2008, Petitioner filed a motion for a 30-day extension of time to file his traverse to Respondent's answer in this action. (Doc. 10).  The Court has considered Petitioner's motion, and finds that good cause exists to grant it, and makes the following order:

　　　　1. Petitioner's motion for an extension of time to file a traverse is GRANTED;

　　　　2. Petitioner shall have to and including April 28, 2008 to file a traverse; and

　　　　3. This order is made nunc pro tunc to March 24, 2008.

　　　　Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:　**March 28, 2008**　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE