# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUDLOW,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN OF FOLSOM STATE PRISON,<br><br>　　　　　Respondent. | Old case #1:05-CV-01286 LJO TAG HC<br>**New case #1:05-CV-01286 LJO JMD HC**<br><br>ORDER OF REASSIGNMENT |

Pursuant to the Order of Recall in the Matter of the Recall Appointment of: John M. Dixon, Jr., United States Magistrate Judge, Retired, effective May 11, 2007,

IT IS HEREBY ORDERED that this action is reassigned to Magistrate Judge John M. Dixon, Jr., to perform such duties of the office of magistrate judge as provided by the district court.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:05-CV-01286 LJO JMD HC**

All dates currently set in the reassigned action shall remain pending subject to further order of the court.

IT IS SO ORDERED.

**Dated:　April 2, 2009**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE